# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| DORTCH, DONALD GERARD | § | Case No. 10-49026 |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that ANDREW J. MAXWELL, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

> CLERK OF COURT
> UNITED STATES BANKRUPTCY CT.
> 219 S. DEARBORN STREET
> CHICAGO IL

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 06/06/2012 in Courtroom 642,

> United States Courthouse
> 219 S. Dearborn Street
> Chicago, IL 60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 04/27/2012                     By: /s/ Andrew J. Maxwell
                                                                Trustee


ANDREW J. MAXWELL, TRUSTEE
105 W. Adams
SUITE 3200
CHICAGO, IL 60603

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
§
DORTCH, DONALD GERARD § Case No. 10-49026
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 3,318.44 |
| and approved disbursements of | $ | 27.47 |
| leaving a balance on hand of[1] | $ | 3,290.97 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: ANDREW J. MAXWELL, TRUSTEE | $ 829.61 | $ 0.00 | $ 829.61 |
| Attorney for Trustee Fees: MAXWELL LAW GROUP, LLC | $ 3,346.00 | $ 0.00 | $ 2,458.02 |
| Attorney for Trustee Expenses: MAXWELL LAW GROUP, LLC | $ 4.54 | $ 0.00 | $ 3.34 |
| Total to be paid for chapter 7 administrative expenses | | $ | 3,290.97 |
| Remaining Balance | | $ | 0.00 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 39,783.19 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | FIA CARD SERVICES, N.A. | $ 2,235.90 | $ 0.00 | $ 0.00 |
| 000002 | HOUSEHOLD FINANCE CORPORATION III | $ 16,025.02 | $ 0.00 | $ 0.00 |
| 000003 | Chase Bank USA, N.A. | $ 1,033.76 | $ 0.00 | $ 0.00 |
| 000004 | Sallie Mae | $ 14,205.94 | $ 0.00 | $ 0.00 |
| 000005 | Nelnet on behalf of the U.S. Dept. of ED | $ 6,282.57 | $ 0.00 | $ 0.00 |
| | Total to be paid to timely general unsecured creditors | | | $ 0.00 |
| | Remaining Balance | | | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Andrew J. Maxwell
Trustee

*ANDREW J. MAXWELL, TRUSTEE*
*105 W. Adams*
*SUITE 3200*
*CHICAGO, IL 60603*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 10-49026-SPS
Donald Gerard Dortch                                                      Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1           User: adragonet          Page 1 of 2               Date Rcvd: Apr 30, 2012
                               Form ID: pdf006          Total Noticed: 21

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 02, 2012.
```
db         +Donald Gerard Dortch,    P.O.Box 6550,    River Forest, IL 60305-6550
16364099   +Bank of America,    501 Bleecker St,    Utica, NY 13501-2401
16364100   +Bank of America Mortgage,    475 Crosspoint Pkwy,    NY2-001-02-14,    Getzville, NY 14068-1609
16364101    Chase,   Cardmember Service,    P.O. Box 15153,    Wilmington, DE 19886-5153
17595237    Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
16364102   +Crediors Interchange,    80 Holtz Drive,    Buffalo, NY 14225-1470
16364103   +Creditors Interchange,    80 Holtz Drive,    Buffalo, NY 14225-1470
17535282    FIA CARD SERVICES, N.A.,    PO Box 15102,    Wilmington, DE 19886-5102
16364108   +HFC,   P.O. Box 3425,    Buffalo, NY 14270-0001
17581697    HOUSEHOLD FINANCE CORPORATION III,    P O BOX 10490, VIRGINIA BEACH, VA 23450
16364110   +HSBC,   P.O. Box 5253,    Carol Stream, IL 60197-5253
16364109   +Household Finance,    c/o Freedman Anselmo Lindberg,    1807 W. Diehl PO 3107,
             Naperville, IL 60566-7107
16364111    Illinois DHFS,    Child Support Division,    509 S. 6th Forth Floor,    Springfield, IL 62701
16364112   +Nancy Williams,    c/o Keith E. Davis,    1525 E. 53rd St.,    Chicago, IL 60615-4557
16364115    Shurondalin Smith,    9216 S. Blackstone,    Chicago, IL 60619
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
16364104   +E-mail/Text: electronicbkydocs@nelnet.net May 01 2012 04:28:10     Dept of Education/NELN,
             121 S 13th St,    Lincoln, NE 68508-1904
16364107   +E-mail/PDF: gecsedi@recoverycorp.com May 01 2012 04:16:47     GEMB/ Care Credit,
             P.O. Box 981439,    El Paso, TX 79998-1439
17856576   +E-mail/Text: electronicbkydocs@nelnet.net May 01 2012 04:28:10
             Nelnet on behalf of the U.S. Dept. of ED,    3015 South Parker Road, Suite 400,
             Aurora, CO 80014-2904
16364113   +E-mail/Text: CLIENTSERVICES@NORTHWESTCOLLECTORS.COM May 01 2012 03:00:42
             Northwest Collectors Inc.,    3601 Algonquin Rd., Ste. 23,    Rolling Meadows, IL 60008-3126
16364114    E-mail/PDF: pa_dc_claims@salliemae.com May 01 2012 04:27:48     Sallie Mae,   P.O. Box 9500,
             Wilkes Barre, PA 18773-9500
17658113   +E-mail/PDF: pa_dc_claims@salliemae.com May 01 2012 04:27:48     Sallie Mae,   c/o Sallie Mae Inc.,
             220 Lasley Ave.,    Wilkes-Barre, PA 18706-1496
                                                                                              TOTAL: 6
```

```
           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
16364105*  +Dept of Education/NELN,    121 S 13th St,    Lincoln, NE 68508-1904
16364098  ##+Bank of America,    P.O.Box 1598,    Norfolk, VA 23501-1598
16364106   ##FIA Card Services,    P.O. Box 15137,    Wilmington, DE 19850-5137
                                                                                   TOTALS: 0, * 1, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.




**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 02, 2012**                 **Signature:**  _/s/ Joseph Speetjens_

```
District/off: 0752-1          User: adragonet           Page 2 of 2              Date Rcvd: Apr 30, 2012
                              Form ID: pdf006           Total Noticed: 21
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 27, 2012 at the address(es) listed below:
          Andrew J Maxwell    on behalf of Trustee Andrew Maxwell maxwelllawchicago@yahoo.com,
           trustee@maxwellandpotts.com;naelipas@maxwellandpotts.com;jhsmith@maxwellandpotts.com;vbarad@maxwe
           llandpotts.com;maseay@maxwellandpotts.com
          Andrew J Maxwell    maxwelllawchicago@yahoo.com,
           amaxwell@ecf.epiqsystems.com;trustee@maxwellandpotts.com
          Jaclyn H. Smith    on behalf of Trustee Andrew Maxwell jhsmith@maxwellandpotts.com,
           preferences_m1@yahoo.com,vbarad@maxwellandpotts.com,maseay@maxwellandpotts.com,
           naelipas@maxwellandpotts.com
          Jennifer A Blanc    on behalf of Debtor Donald Dortch blanclaw@sbcglobal.net
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                                                            TOTAL: 5