UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re: §
§
DORTCH, DONALD GERARD § Case No. 10-49026
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

ANDREW J. MAXWELL, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $ (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ (see **Exhibit 2**), yielded net receipts of $ from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

4) This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____  By:/s/ANDREW J. MAXWELL, TRUSTEE_____
                                                             Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| | | |
| | | |
| **TOTAL GROSS RECEIPTS** | | **$** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | | |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank of America Mortgage 475 Crosspoint Pkwy NY2-001-02-14 Getzville, NY 14068-9000 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | HFC P.O. Box 3425 Buffalo, NY 14270 | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ANDREW J MAXWELL ESQ | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| Bank of America, N.A. | | | | | |
| Bank of America, N.A. | | | | | |
| Bank of America, N.A. | | | | | |
| Bank of America, N.A. | | | | | |
| Bank of America, N.A. | | | | | |
| Bank of America, N.A. | | | | | |
| MAXWELL LAW GROUP, LLC | | | | | |
| MAXWELL LAW GROUP, LLC | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Illinois DHFS Child Support Division 509 S. 6th Forth Floor Springfield, IL 62701 | | | | | |
| | Shurondalin Smith 9216 S. Blackstone Chicago, IL 60619 | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank of America 501 Bleecker St Utica, NY 13501 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank of America P.O.Box 1598 Norfolk, VA 23501 | | | | | |
| | Chase Cardmember Service P.O. Box 15153 Wilmington, DE 19886-5153 | | | | | |
| | Creditors Interchange 80 Holtz Drive Buffalo, NY 14225 | | | | | |
| | Dept of Education/NELN 121 S 13th St Lincoln, NE 68508 | | | | | |
| | Dept of Education/NELN 121 S 13th St Lincoln, NE 68508 | | | | | |
| | FIA Card Services P.O. Box 15137 Wilmington, DE 19850-5137 | | | | | |
| | GEMB/ Care Credit P.O. Box 981439 El Paso, TX 79998 | | | | | |
| | HSBC P.O. Box 5253 Carol Stream, IL 60197 | | | | | |
| | Household Finance c/o Freedman Anselmo Lindberg 1807 W. Diehl PO 3107 Naperville, IL 60566 | | | | | |

UST Form 101-7-TDR (5/1/2011) *(Page: 6)*

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Nancy Williams c/o Keith E. Davis 1525 E. 53rd St. Chicago, IL 60615-4530 | | | | | |
| | Northwest Collectors Inc. 3601 Algonquin Rd., Ste. 23 Rolling Meadows, IL 60008-3146 | | | | | |
| | Sallie Mae P.O. Box 9500 Wilkes Barre, PA 18773-9500 | | | | | |
| 000003 | CHASE BANK USA, N.A. | | | | | |
| 000001 | FIA CARD SERVICES, N.A. | | | | | |
| 000002 | HOUSEHOLD FINANCE CORPORATION III | | | | | |
| 000005 | NELNET ON BEHALF OF THE U.S. DEPT. | | | | | |
| 000004 | SALLIE MAE | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

UST Form 101-7-TDR (5/1/2011) *(Page: 7)*

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit 8

| Case No: | 10-49026 SPS Judge: SUSAN PIERSON SONDERBY | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
| --- | --- | --- | --- |
| Case Name: | DORTCH, DONALD GERARD | Date Filed (f) or Converted (c): | 10/31/10 (f) |
| | | 341(a) Meeting Date: | 01/05/11 |
| For Period Ending: | 08/01/12 | Claims Bar Date: | 10/05/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 10 N. 3RD AVE. 2E MAYWOOD, IL 60153, A 700 SQUARE | 85,000.00 | 0.00 | | 0.00 | 0.00 |
| 2. CREDIT UNION ONE -23678 | 2,200.00 | 0.00 | | 0.00 | 0.00 |
| 3. ING DIRECT SAVINGS ACCOUNT | 1,200.00 | 0.00 | | 0.00 | 0.00 |
| 4. HOUSEHOLD GOODS AND FURNITURE | 200.00 | 0.00 | | 0.00 | 0.00 |
| 5. CLOTHING | 1,000.00 | 0.00 | | 0.00 | 0.00 |
| 6. 1 NIKE WATCH, 1 G-SHOCK WATCH | 100.00 | 0.00 | | 0.00 | 0.00 |
| 7. E-TRADE IRA | 1,200.00 | 0.00 | | 0.00 | 0.00 |
| 8. TAX REFUND 2009 FEDERAL $6800, STATUS SPENT ON NEC | 0.00 | 0.00 | | 3,318.18 | 0.00 |
| 9. 2003 BUICK LASABRE 90,000 MILES | 5,500.00 | 2,800.00 | | 0.00 | 2,800.00 |
| 10. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.26 | Unknown |
| TOTALS (Excluding Unknown Values) | $96,400.00 | $2,800.00 | | $3,318.44 | Gross Value of Remaining Assets $2,800.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

possible tax refund

tax refund collected (small case)

Initial Projected Date of Final Report (TFR): 12/31/11    Current Projected Date of Final Report (TFR): 03/31/12

LFORM1

UST Form 101-7-TDR (5/1/2011) *(Page: 8)*

Ver: 16.06d

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 10-49026 -SPS | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
| --- | --- | --- | --- |
| Case Name: | DORTCH, DONALD GERARD | Bank Name: | Bank of America, N.A. |
| | | Account Number / CD #: | *******4924 Money Market - Interest Bearing |
| Taxpayer ID No: | *******0526 | | |
| For Period Ending: | 08/01/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 07/05/11 | 8 | Donald Dortch<br>7415 Franklin St<br>Forest Park, IL 60130 | RCPTS - LIQUID. OF PERSONAL PROP. | 1124-000 | 3,318.18 | | 3,318.18 |
| 07/29/11 | 10 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.02 | | 3,318.20 |
| 08/31/11 | 10 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.03 | | 3,318.23 |
| 09/30/11 | 10 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.03 | | 3,318.26 |
| 10/31/11 | 10 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.03 | | 3,318.29 |
| 10/31/11 | | Bank of America, N.A. | BANK SERVICE FEE | 2600-000 | | 4.23 | 3,314.06 |
| 11/30/11 | 10 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.03 | | 3,314.09 |
| 11/30/11 | | Bank of America, N.A. | BANK SERVICE FEE | 2600-000 | | 4.09 | 3,310.00 |
| 12/30/11 | 10 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.03 | | 3,310.03 |
| 12/30/11 | | Bank of America, N.A. | BANK SERVICE FEE | 2600-000 | | 4.08 | 3,305.95 |
| 01/31/12 | 10 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.03 | | 3,305.98 |
| 01/31/12 | | Bank of America, N.A. | BANK SERVICE FEE | 2600-000 | | 4.34 | 3,301.64 |
| 02/29/12 | 10 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.03 | | 3,301.67 |
| | | | Page Subtotals | | 3,318.41 | 16.74 | |

Ver: 16.06d

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 9)*

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 10-49026 -SPS | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|
| Case Name: | DORTCH, DONALD GERARD | Bank Name: | Bank of America, N.A. |
| | | Account Number / CD #: | *******4924 Money Market - Interest Bearing |
| Taxpayer ID No: | *******0526 | | |
| For Period Ending: | 08/01/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 02/29/12 | | Bank of America, N.A. | BANK SERVICE FEE | 2600-000 | | 3.92 | 3,297.75 |
| 03/26/12 | 000101 | INTERNATIONAL SURETIES, LTD.<br>ONE SHELL SQUARE<br>701 POYDRAS STREET, STE 420<br>NEW ORLEANS LA 70139 | BOND PAYMENTS | 2300-000 | | 2.76 | 3,294.99 |
| 03/30/12 | 10 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.03 | | 3,295.02 |
| 03/30/12 | | Bank of America, N.A. | BANK SERVICE FEE | 2600-000 | | 4.05 | 3,290.97 |
| 04/04/12 | | Transfer to Acct #*******5305 | Final Posting Transfer | 9999-000 | | 3,290.97 | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 3,318.44 | 3,318.44 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 3,290.97 | |
| Subtotal | 3,318.44 | 27.47 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 3,318.44 | 27.47 | |

Page Subtotals  0.03  3,301.70

Ver: 16.06d

LFORM24

UST Form 101-7-TDR (5/1/2011) (Page: 10)

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 10-49026 -SPS | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|
| Case Name: | DORTCH, DONALD GERARD | Bank Name: | Bank of America, N.A. |
| | | Account Number / CD #: | *******5305 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******0526 | | |
| For Period Ending: | 08/01/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 04/04/12 | | Transfer from Acct #*******4924 | Transfer In From MMA Account | 9999-000 | 3,290.97 | | 3,290.97 |
| 06/07/12 | 001001 | ANDREW J MAXWELL ESQ<br>MAXWELL LAW GROUP, LLC<br>105 WEST ADAMS STREET STE 3200<br>CHICAGO, IL 60603 | COMPENSATION - TRUSTEE<br>FINAL DISTRIBUTION | 2100-000 | | 653.14 | 2,637.83 |
| 06/07/12 | 001002 | MAXWELL LAW GROUP, LLC<br>105 WEST ADAMS<br>SUITE 3200<br>CHICAGO, IL 60603 | ATTY FOR TR - FEES (TR. FIRM)<br>FINAL DISTRIBUTION | 3110-000 | | 2,634.26 | 3.57 |
| 06/07/12 | 001003 | MAXWELL LAW GROUP, LLC<br>105 WEST ADAMS<br>SUITE 3200<br>CHICAGO, IL 60603 | ATTY FOR TRUSTEE EXP (TR. FIRM)<br>FINAL DISTRIBUTION | 3120-000 | | 3.57 | 0.00 |

|  | COLUMN TOTALS | 3,290.97 | 3,290.97 | 0.00 |
|---|---|---|---|---|
|  | Less: Bank Transfers/CD's | 3,290.97 | 0.00 | |
|  | Subtotal | 0.00 | 3,290.97 | |
|  | Less: Payments to Debtors | | 0.00 | |
|  | Net | 0.00 | 3,290.97 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Money Market - Interest Bearing - *******4924 | 3,318.44 | 27.47 | 0.00 |
| Checking Account (Non-Interest Earn - *******5305 | 0.00 | 3,290.97 | 0.00 |
| Page Subtotals | 3,290.97 | 3,290.97 | |

Ver: 16.06d

FORM 2

Page: 4

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 10-49026 -SPS | | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|---|
| Case Name: | DORTCH, DONALD GERARD | | Bank Name: | Bank of America, N.A. |
| | | | Account Number / CD #: | *******5305  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******0526 | | | |
| For Period Ending: | 08/01/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | | | 3,318.44 | 3,318.44 | 0.00 |
| | | | | | ============ | ============ | ============ |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals          0.00          0.00

Ver: 16.06d